Cyrus Mehri
1250 Connecticut Avenue NW, Suite 300
Washington, DC 20036
(202) 822-5100

**FILED**

2008 MAY -7 P 3: 25

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

BARBARA CADMAN, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

BANK OF AMERICA, a Delaware corporation,

Defendant(s).

CASE NO. 5:08-cv-02245-HRL

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Cyrus Mehri, an active member in good standing of the bar of the District of Columbia and Connecticut, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Barbara Cadman in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Teresa Demchak, 300 Lakeside Drive, Suite 1000, Oakland, CA 94612-3534
510-763-9800

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 6, 2008