RECEIVED

2008 MAY -7 PM 3: 24

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT

Northern District of California

BARBARA CADMAN, individually and
on behalf of all others similarly situated,

CASE NO.  5:08-cv-02245-HRL

                                    Plaintiff(s),

       v.

BANK OF AMERICA, a Delaware
corporation,

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

                                    Defendant(s).
_____/

Cyrus Mehri                                              , an active member in good standing of the bar of

the District of Columbia and Connecticut                         whose business address and telephone number

(particular court to which applicant is admitted)

is

1250 Connecticut Avenue NW, Suite 300
Washington, DC  20036
(202) 822-5100

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing  Plaintiffs

     IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac

vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States Magistrate  Judge

Howard R. Lloyd

UNITED STATES DISTRICT COURT
For the Northern District of California