*E-filed 5/12/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BARBARA CADMAN, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

BANK OF AMERICA, a Delaware corporation,

Defendant(s).

CASE NO. 5:08-cv-02245-HRL

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Cyrus Mehri , an active member in good standing of the bar of the District of Columbia and Connecticut whose business address and telephone number (particular court to which applicant is admitted) is

1250 Connecticut Avenue NW, Suite 300
Washington, DC 20036
(202) 822-5100

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:   5/12/08

United States Magistrate Judge

Howard R. Lloyd