*E-filed 8/8/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BARBARA L. CADMAN.,

    Plaintiff,

v.

BANK OF AMERICA,

    Defendant.

                                                 /

Case No. C08-02245 HRL

**CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE**

PLEASE TAKE NOTICE THAT on the court's own motion, the Case Management Conference, originally set for August 19, 2008 at 1:30 p.m., is reset for **August 26, 2008 at 1:30 p.m** in Courtroom 2, 5th floor of the United States District Court, San Jose. The parties' joint case management conference statement shall be filed no later than **August 12, 2008**.

Furthermore, the parties should file and serve either a Consent to Proceed Before a U.S. Magistrate Judge or a Request for Reassignment to a U.S. District Judge, **by August 12, 2008.**

Dated:    8/808                                          /s/  mpk
                                                          Chambers of Magistrate Judge Howard R. Lloyd

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

emartinez15@comcast.net

**Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

Dated: 8/8/08

/s/  mpk

Chambers of Magistrate Judge Howard R. Lloyd