Teresa Demchak, CA Bar No. 123989
Laura L. Ho, CA Bar No. 173179
Enrique Martinez, CA Bar No. 206884
GOLDSTEIN, DEMCHAK, BALLER,
BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417
tdemchak@gdblegal.com

Cyrus Mehri, D.C. Bar No. 20970
(*pro hac vice* application forthcoming)
Ellen Eardley, D.C. Bar No. 488741
(*pro hac vice* application forthcoming)
Woody Osborne, D.C. Bar No. 043406
(*pro hac vice* application forthcoming)
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997
cyrus@findjustice.com

Major Khan, NY Bar No. 2643625
(*pro hac vice* application forthcoming)
MAJOR KHAN LLC
20 Bellevue Street
Weehawken, NJ 07086
mk@mk-llc.com

Attorneys for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA L. CADMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, a Delaware corporation<br><br>Defendants. | Case No. 08-CV-2245 HRL<br><br>CLASS ACTION<br><br>**PLAINTIFFS' STATUS REPORT**<br><br>Date: August 26, 2008<br>Time: 1:30 p.m.<br>Dept: Courtroom 2, 5th Floor<br>Hon. Howard R. Lloyd |

25596-3

1  Pursuant to the Court's order dated August 8, 2008, Plaintiff submits this status report. This
2  case was filed on April 30, 2008. Pursuant to Fed. R. Civ. Pro. Rule 4(m), Plaintiff has 120 days from
3  that date, or until August 28, 2008, to serve Defendant with the complaint and summons in this action.
4  As of today's date, Plaintiff has not yet served Defendant. For that reason, and for the reasons below,
5  the parties are not prepared to file and serve either a Consent to Proceed Before a U.S. Magistrate
6  Judge or a Request for Reassignment to a U.S. District Judge.

7  Plaintiff has been in contact with Defendant through its attorneys at the law firm of Paul,
8  Hastings, Janofsky & Walker and have through those communications learned that a case similar to the
9  instant one had been filed a few months earlier in San Francisco Superior Court, *Contreras et al. v.*
10 *Bank of America, et al.*, Case No. CGC-07-467749. The parties have thus been discussing how best to
11 resolve this case given the earlier-filed *Contreras* case. The parties have agreed in principle to
12 stipulate to an amendment of the *Contreras* action to add Plaintiff Cadman and Plaintiff's counsel, and
13 to subsequently stay the instant case or dismiss it without prejudice. The parties, have not yet, though,
14 agreed upon the form of the amended complaint, but Plaintiff believes that such agreement should be
15 achieved shortly. Once the parties have stipulated to the amended complaint, the parties will file the
16 stipulation in the *Contreras* court, and assuming the Superior Court approves the amendment of the
17 *Contreras* complaint, Plaintiffs will file the appropriate request to stay or dismiss without prejudice the
18 instant action.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  Accordingly, Plaintiff respectfully requests that the Court continue the Case Management
2  Conference currently set for August 26, 2008 by 30 days to September 25, 2008, or as soon thereafter
3  the Court is available, and to allow the parties until September 11, 2008 to file a Consent to Proceed
4  Before a U.S. Magistrate Judge or a Request for Reassignment to a U.S. District Judge.

Dated: ___8/12___, 2008        Respectfully submitted,

_____
Teresa Demchak, CA Bar No. 123989
Laura L. Ho, CA Bar No. 173179
Enrique Martinez, CA Bar No. 206884
GOLDSTEIN, DEMCHAK, BALLER,
BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417
tdemchak@gdblegal.com
ATTORNEYS FOR PLAINTIFFS