*E-filed 8/13/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA L. CADMAN, individually and on behalf of all other similarly situated, | Case No. C08-02245 HRL |
| Plaintiffs, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| BANK OF AMERICA, | |
| Defendant. | |

The court has received Plaintiffs' Status Report [Docket Number 14] which requests (1) a 30 day continuance of the Case Management Conference, currently set for August 26, 2008 at 1:30 p.m; and (2) extension of time to file a Consent to Proceed Before a U.S. Magistrate or a Request for Reassignment to a U.S. District Judge. Good cause appearing, the Plaintiffs' request is GRANTED. The Case Management Conference is reset for **September 30, 2008 at 1:30 pm, Courtroom 2, 5th floor, United States District Court, San Jose.** The parties shall file a Case Management Statement and either a Consent or Declination to Magistrate Jurisdiction **not later than September 23, 2008.**

**IT IS SO ORDERED**

Dated:   8/13/08



Howard R. Lloyd
United States Magistrate Judge

1  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:
2  emartinez15@comcast.net

3  **Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

Dated: 8/13/08

                                       /s/ mpk
                             Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California