UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA L. CADMAN, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, a Delaware corporation,<br><br>           Defendant. | CASE NO. C08-02245 HRL<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER DISMISSING PUTATIVE CLASS ACTION WITHOUT PREJUDICE**<br><br>[Filed concurrently with Stipulation Dismissing Putative Class Action Without Prejudice] |

[PROPOSED] ORDER

It is hereby ordered that pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the instant case is dismissed without prejudice.

IT IS SO ORDERED,

DATED: __12/17__, 2008          _____
                                The Honorable Howard R. Lloyd